# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                                          No. 1:18-cv-00750-KG-JFR

2012 MINI COOPER
VIN:WMWSV3C59CTY16837,

1995 HUMMER
VIN:137YZ9038SE160537,

7 DESIGNER ACCESSORY ITEMS,

    *Defendants-in-rem.*

and

JOHN GALLEGOS, JR, AND
CODY BURGE,

    *Claimants.*

## **FINAL JUDGMENT AND ORDER OF FORFEITURE**

This matter, having come before the court on Plaintiff's motion for entry of final judgment and order of forfeiture, the Court having read the motion and being fully advised in the premises, finds that the motion is well taken and will be granted.

WHEREAS, on April 6, 2020, Claimant John Gallegos, Jr. and Vectatio Securities Trust filed disclaimers in which they disclaimed all right, title and interest in the Defendant Property. (Docs. 18 and 19).

WHEREAS, on July 16, 2020, this Court entered an order dismissing Claimant Cody Burge's claim with prejudice. (Doc. 24).

WHEREAS, no further claims or parties remain for adjudication.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all right, title and interest in the Defendant Property is forfeited to the United States and title thereto is vested in the United States.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*Electronically submitted on 7-16-2020*
STEPHEN R. KOTZ
Assistant U.S. Attorney